# UNITED STATES DISTRICT COURT
## FOR THE Southern District of Ohio

| | | |
|---|---|---|
| Natasha L Preece | : | Case No. 2:25−cv−00050−MHW−EPD |
| | : | |
| Plaintiff(s), | : | Judge Michael H. Watson |
| v. | : | |
| | : | |
| City of Westerville, et al. | : | |
| | : | |
| Defendant(s). | : | |

## NOTICE OF DEFICIENCY

The above−referenced civil action has been received and filed in this Court without the required Civil Cover Sheet.

Please correct this deficiency **within 30 days** by filing the attached Civil Cover Sheet.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Jospeh P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 121
Columbus, OH 43221

Clerks_Office@ohsd.uscourts.gov

January 21, 2025

**Richard W. Nagel**
**Clerk of Court**

s/ Melissa Ann Saddler
Deputy Clerk